# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MORRIS, <u>et</u> <u>al.</u>, | ) | Case No. SA CV 12-0781 FMO (JPRx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| COUNTRYWIDE HOME LOANS, INC., <u>et</u> <u>al.</u>, | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 16th day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge